**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JOSHUA CHUBOFF,<br>an individual, | ) <br> ) <br> ) | |
| *Plaintiff*, | ) <br> ) | Case No. 1:23-CV-14234 |
| v. | ) <br> ) | Hon. Charles P. Kocoras, Presiding |
| PWF BAINBRIDGE LLC,<br>a limited liability company, | ) <br> ) <br> ) | Hon. Beth W. Jantz, Magistrate |
| *Defendant*. | ) | |

**<u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff Joshua Chuboff and Defendant PWF Bainbridge LLC by and through their respective counsel, hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims, with prejudice and without costs to either party.

**JOSHUA CHUBOFF**

By: *Ryan D. Johnson*

Ryan D. Johnson, Esq.
Johnson Law Firm, LLC
6615 Grand Ave., PMB 423
Gurnee, IL 60031
224-548-0855
rjohnsonada@gmail.com

*Counsel for Joshua Chuboff*

Dated: February 8, 2024

**PWF Bainbridge LLC**

By: *Zachary D. Fletcher*

Zachary D. Fletcher
Wood, Smith, Henning & Berman LLP
222 South Riverside Plaza - Suite 640
Chicago, Illinois 60606
312-766-4461
zfletcher@wshblaw.com

*Counsel for PWF Bainbridge LLC*

Dated: February 8, 2024