# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joshua Chuboff

                Plaintiff,

v.                                          Case No.: 1:23−cv−14234
                                            Honorable Charles P. Kocoras

PWF Bainbridge LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 8, 2024:

      MINUTE entry before the Honorable Charles P. Kocoras: In light of the Stipulation of Voluntary Dismissal [19] filed on 2/8/24, Plaintiff's claims against Defendant are dismissed with prejudice. Civil case terminated. Mailed notice (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.